UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLANA BILYEU,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>     Defendant. | Case No. C11-1894-JLR-BAT<br><br>**REPORT AND RECOMMENDATION** |

Marlana Bilyeu seeks review of the denial of her Supplemental Security Income and Disability Insurance Benefits applications. Dkt.5. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

The Court has considered the parties' stipulation and the record, and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

 (1) Reevaluate the medical evidence as a whole;

 (2) Reevaluate plaintiff's subjective testimony and will reevaluate plaintiff's residual functional capacity;

REPORT AND RECOMMENDATION - 1

(3) Reevaluate plaintiff's ability to perform her past relevant work. If necessary, the ALJ will conduct a step five analysis; and

(4) Obtain the assistance of a vocational expert, and present a complete hypothetical to the vocational expert and ensure consistency with the Dictionary of Occupational Titles.

Upon proper presentation, the Court will consider plaintiff's application for attorney fees under the Equal Access to Justice Act and 406(b), if appropriate.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 26th day of April, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge