1

2

_FILED _____ENTERED
_LODGED _____RECEIVED

3

APR 27 2012

4

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                          DEPUTY

5



11-CV-01894-ORD

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

9

10

| MARLANA BILYEU, | Case No. 2:11-CV-01894-JLR-BAT |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

11

12

13

14

15

16   Based on the stipulation between the parties it is hereby ORDERED that the above-

17   captioned case be reversed and remanded for further administrative proceedings pursuant to

18   sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) will

19   reevaluate the medical evidence as a whole. The ALJ will reevaluate Plaintiff's subjective

20   testimony and will reevaluate Plaintiff's residual functional capacity. The ALJ will reevaluate

21   Plaintiff's ability to perform her past relevant work. If necessary, the ALJ will conduct a step

22   five analysis. The ALJ will obtain the assistance of a vocational expert, and present a complete

23   hypothetical to the vocational expert and ensure consistency with the Dictionary of Occupational

Page 1      PROPOSED ORDER OF REMAND - [2:11-CV-01894-JLR-BAT]

1  Titles.  Upon proper presentation, the Court will consider Plaintiff's application for attorney fees

2  under the Equal Access to Justice Act and 406(b), if appropriate.

3  DATED this 27ᵗʰ day of ____April____ 2012.

4

5  _____

6  UNITED STATES DISTRICT JUDGE

7  Recommended for Entry

8  this ____ day of _____ 2012.

9  _____

   United States Magistrate Judge

10

11 Presented by:

12 s/ L. Jamala Edwards

13 L. JAMALA EDWARDS
   Special Assistant U.S. Attorney

14 Office of the General Counsel
   Social Security Administration

15 701 Fifth Ave., Ste 2900, M/S 221A
   Seattle, WA 98104-7075

16 Telephone:  (206) 615-3749
   Fax:  (206) 615-2531

17 jamala.edwards@ssa.gov

18

19

20

21

22

23

Page 2    PROPOSED ORDER OF REMAND - [2:11-CV-01894-JLR-BAT]