FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 27 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



11-CV-01894-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| MARLANA BILYEU, | Case No. 2:11-CV-01894-JLR-BAT |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) will reevaluate the medical evidence as a whole. The ALJ will reevaluate Plaintiff's subjective testimony and will reevaluate Plaintiff's residual functional capacity. The ALJ will reevaluate Plaintiff's ability to perform her past relevant work. If necessary, the ALJ will conduct a step five analysis. The ALJ will obtain the assistance of a vocational expert, and present a complete hypothetical to the vocational expert and ensure consistency with the Dictionary of Occupational



Titles. Upon proper presentation, the Court will consider Plaintiff's application for attorney fees under the Equal Access to Justice Act and 406(b), if appropriate.

DATED this 27th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this ___ day of _____ 2012.

_____
United States Magistrate Judge

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3749
Fax: (206) 615-2531
jamala.edwards@ssa.gov